# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  January 14, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

               Plaintiff               **SCHEDULING ORDER**

   -against-                                    7:21-CR-00790-PMH

Conrad Edgar
               Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled arraignment on an indictment for 1/19/2022 at 1 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference. Counsel will be provided with a Teams video link as well via email.

      To optimize use of the Court's video conferencing technology, all participants in the call must:

   i. Use a browser other than Internet Explorer to access Microsoft Teams;
  ii. Position the participant's device as close to the WiFi router as is feasible;
 iii. Ensure any others in the participant's household are not using WiFi during the period of the call;
  iv. Unless the participant is using a mobile telephone to access Microsoft Teams, connect to audio by having the system call the participant;
   v. If there is ambient noise, the participant must mute his or her device when not speaking.

Dated:  1/14/2022
       White Plains, New York

                                                 SO ORDERED:

                                                 s/       PED
                                                   _____

                                                 PAUL E. DAVISON

United States Magistrate Judge