March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

    Conrad Edgar            ,
                   Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 CR-790   ( PMH ) ( )

Defendant ___Conrad Edgar_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_x_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Francis O'Reilly Attorney for Conrad Edgar_ _[signature]_
Defendant's Signature                               Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Conrad Edgar_                         _Francis L. O'Reilly_
Print Defendant's Name                     Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

_[date]_                                    _[signature]_
Date                                       U.S. District Judge/U.S. Magistrate Judge