# FRANCIS L. O'REILLY
## ATTORNEY AT LAW

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
9-0707
9-0128

---

> Application granted. The status conference scheduled for October 13, 2022 is adjourned to November 29, 2022 at 3:30 p.m.
>
> The Government is directed to prepare a proposed order excluding time under the Speedy Trial Act through November 29, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Docs. 46 and 47.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 11, 2022

October 11, 2022

Honorable Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Conrad Edgar, DK#21cr790

Dear Judge Halpern:

    Please accept this letter as a consent motion to adjourn the defendant's status conference currently scheduled for October 13, 2022. The basis for this request is that the undersigned is on trial in the case of United States v. Jason Cox, before the Honorable Victor A. Bolden, in the District of Connecticut. This trial began September 7, 2022, and is scheduled for closing arguments on October 13, 2022. Therefore the undersigned is requesting an adjournment of Mr. Edgar's status conference for forty days which will allow additional time for the government to disclose additional laboratory reports to the defense. The undersigned would like to inform the Court that he has a long scheduled vacation from November 4, 2022 to November 19, 2022. I have contacted Assistant United States Attorney, Kevin Sullivan, and he has no objection to this request.

Very truly yours,

*[signature]*

Francis L. O'Reilly