March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Conrad Edgar _____, Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -cr-790 ( )( ) PMH

Defendant __Conrad Edgar__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Francis O'Reilly Attorney for Conrad Edgar_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Conrad Edgar__
Print Defendant's Name

_____
Defense Counsel's Signature

__Francis L. O'Reilly__
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

_____
Date

_____
U.S. District Judge