

> Application granted. The status conference scheduled for February 28, 2023 is adjourned to April 3, 2023 at 4:00 p.m.
>
> A Speedy Trial Act exclusion Order will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 72.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          February 23, 2023

**BY ECF & E-Mail**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Conrad Edgar*, 21 Cr. 790 (PMH)

Dear Judge Halpern:

    The Government writes jointly on behalf of the parties in the above-referenced case to request respectfully that the status conference scheduled for February 28, 2022 at 12:00 p.m. be adjourned.  As the parties have previously informed he Court, they are engaged in discussions to resolve the case pursuant to a plea agreement, however, certain narcotics lab reports necessary for the finalization of the plea agreement remain outstanding with respect to this defendant only.  As the Court is aware, the Government received the outstanding lab reports pertinent to the other two co-defendant in this case, and those co-defendants have pleaded or will be pleading guilty this week.  The Government expects to receive the outstanding lab reports pertinent to defendant Conrad Edgar and to finalize the proposed plea agreement to be offered to this defendant in the next approximately 30 days such that the parties can proceed with scheduling a change-of-plea hearing before the Court.

    Accordingly, the parties request to adjourn the status conference, and the Government proposes, with the parties' consent, that the Court schedule a control date or date for a subsequent status conference in approximately 30 days so that a date is on the calendar while the parties seek to schedule a change-of-plea hearing before Your Honor.

    The Government respectfully requests that the time between February 28, 2023 and the date of the next status conference or control date, be excluded under 18 U.S.C. § 3161(h)(7)(A) to permit the Government to receive and produce to defense the outstanding narcotics lab reports and for the parties to continue to work towards finalizing the anticipated resolution of the case by plea

*U.S. v. Conrad Edgar*, 21 Cr. 790 (PMH)                                                      Page 2 of 2
Hon. Philip M. Halpern
February 23, 2023

agreement. Counsel for defendant Conrad Edgar has advised that he consents to the request, and a proposed order is attached.

                                                 Respectfully submitted,

                                                 DAMIAN WILLIAMS
                                                 United States Attorney

                               By: */s/ Kevin T. Sullivan*
                                                 Kevin T. Sullivan
                                                 Assistant United States Attorney
                                                 (914) 993-1924


cc:    Francis L. O'Reilly, Esq. (by ECF & E-Mail)