

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

50 Main Street
Suite 1100
White Plains, N...

February ...

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 27.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         February 6, 2024

**VIA ECF & E-MAIL**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**    *United States v. Conrad Edgar*, **21 Cr. 790 (PMH)**

Dear Judge Halpern:

      The Government respectfully submits this letter on consent to request an extension to February 12, 2024 to file its sentencing submission in the above-referenced case, currently due today, February 6, 2024. The defendant is scheduled to be sentenced on February 20, 2024. The Government respectfully requests additional time to complete its review and consideration of the points raised in the defense's submission, including argument as to whether the defendant is a career offender, and to addresses the relevant factors under 18 U.S.C. § 3553(a). Defense counsel consents to the Government's request for an extension. This is the first such request by the Government.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

      By: _____
                    Kevin T. Sullivan
                    Assistant United States Attorney

cc:     Frank O'Reilly, Esq.